No. 69798.—Elmay Importing Co. *v.* United States, protests 64/22436, 64/23691, and 65/2269 (New York).

Opinion by RAO, C.J. In accordance with stipulation of counsel that the merchandise consists of pole ends similar in all material respects to those the subject of *J. C. DeJong & Co., Inc.* v. *United States* (52 CCPA 26, C.A.D. 852), the claim of the plaintiff was sustained.

No. 69799.—Kroder Reubel Co., Inc., and Alltransport, Inc., et al. *v.* United States, protests 328116–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of pole ends similar in all material respects to those the subject of *J. C. DeJong & Co., Inc.* v. *United States* (52 CCPA 26, C.A.D. 852), the claim of the plaintiffs was sustained.

No. 69800.—National Carloading Corporation et al. *v.* United States, protests 62/4790–12582, etc. (Chicago).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of earphones similar in all material respects to those the subject of Abstract 69019, the claim of the plaintiffs was sustained.